1  ALFRED A. GALLEGOS, #160971
   ATTORNEY AT LAW
2  123 NORTH D STREET, SUITE D
   MADERA, CALIFORNIA 93638
3  TELEPHONE: (559) 673-5260
   FACSIMILE:  (559) 660-5450
4

5  ATTORNEY FOR Plaintiffs DEBORAH C. GARCIA and FRANK GARCIA

6

7

8                    UNITED STATS DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

10

| 11 | DEBORAH C. GARCIA and FRANK GARCIA, | CASE NO. 1:12-cv-02059-LJO-SAB |
|----|---|---|
| 12 |  | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AS AGAINST ALL DEFENDANTS** |
| 13 | Plaintiffs, |  |
| 14 | vs. |  |
| 15 | PSB CREDIT SERVICES, INC., a Minnesota corporation; PRINS BANK, a Minnesota corporation; All persons unknown, claiming any interest in the property described in the complaint; "All persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to Plaintiffs' title, or cloud on Plaintiffs' title thereto;" and DOES 1 through 50, inclusive, |  |
| 20 | Defendants. |  |

21

22      IT IS HEREBY STIPULATED, by and between Plaintiffs DEBORAH C. GARCIA and

23  FRANK GARCIA and Defendants PSB CREDIT SERVICES, INC. and PRINS BANK, by and

24  through their respective counsel of record, that the above-entitled action is hereby dismissed,

25  **without prejudice,** against all Defendants, including but not limited to, PSB CREDIT SERVICES,

26  INC., PRINS BANK, "All persons unknown, claiming any interest in the property described in the

27  complaint;" "All persons unknown, claiming any legal or equitable right, title, estate, lien or interest

28  in the property described in the complaint adverse to Plaintiffs' title, or cloud on Plaintiffs' title

1 thereto;" and DOES 1 through 50, inclusive.  This dismissal, **without prejudice**, is made pursuant
2 to the provisions of Federal Rules of Civil Procedure Rule 41(a)(1)(A).

4 DATED: March 7, 2013                             /s/   Alfred A. Gallegos
                                                  ALFRED A. GALLEGOS
5                                                 By: Alfred A. Gallegos
                                                  Attorney for Plaintiffs,
6                                                 DEBORAH C. GARCIA and FRANK GARCIA

9 DATED: March 5, 2013                             /s/ Jessica L. Giannetta
                                                  POWELL & POOL, LLP
10                                                By: Jessica L. Giannetta
                                                  Attorneys for Defendants,
11                                                PSB CREDIT SERVICES, INC. and PRINS
                                                  BANK

14 **BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED.**

15 **The clerk is directed to close this action.**

16 IT IS SO ORDERED.

17 **Dated:   March 8, 2013**                      /s/  **Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE